IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFF POFF,

    Plaintiff,                                        ORDER

    v.                                          Case No. 23-cv-598-wmc

LT. SCULLION, CAPT. TAYLOR et al.,

    Defendants.

---

On August 29, 2023, I entered an order directing plaintiff Jeff Poff to submit a recent six-month trust fund account statement in support of his motion for leave to proceed without prepaying the filing fee. Dkt. 2. Now plaintiff has filed a motion for an extension of time to submit a trust fund account statement. In his motion, plaintiff says the business office at the institution will not provide the requested statement. Dkt. 4. The motion is accompanied by one exhibit. However, neither the motion nor the exhibit contains the business office's response to his request. Plaintiff is advised that he must work with the business office if he needs help complying with their procedures. Accordingly, plaintiff may have an enlargement of time to submit a trust fund account statement.

ORDER

IT IS ORDERED that plaintiff Jeff Poff's motion for extension of time is GRANTED. Plaintiff may have until October 16, 2023, to submit a certified six-month trust fund account statement for the period beginning approximately March 1, 2023, and ending approximately August 29, 2023. If plaintiff fails to submit a trust fund account

1

statement by October 16, or cannot show cause for his failure to do so, then plaintiff will be deemed to have withdrawn this case voluntarily and the case will be closed without prejudice to refiling.

Entered this 22nd day of September, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMEN
United States Magistrate Judge